**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jerry** | | **Wayne** | **Ball, Jr.** |
| | First Name | | Middle Name | Last Name |
| Debtor 2 | **Rachel** | | **Nicole** | **Ball** |
| (Spouse if, filing) | First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:  List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Cocoa Beach Development, Inc.**<br>Description of property securing debt: **1600 N. Atlantic Ave. Cocoa Beach, FL 32931  Brevard County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **NPRTO South-East, LLC**<br>Description of property securing debt: **Mattress and Boxspring** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
| Creditor's name: **TitleMax**<br>Description of property: **1994 Eagle Talon 171,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br>■ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

Case 2:19-bk-51755-MPP    Doc 5    Filed 08/27/19    Entered 08/27/19 11:58:15    Desc
Main Document    Page 2 of 3

| Debtor 1 | **Jerry Wayne Ball, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Rachel Nicole Ball** | Case number (*if known*) | |

☐ Retain the property and [explain]:

securing debt: _____

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Jerry Wayne Ball, Jr.** | X | **/s/ Rachel Nicole Ball** |
|---|---|---|---|
| | **Jerry Wayne Ball, Jr.** | | **Rachel Nicole Ball** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| Date | **August 27, 2019** | Date | **August 27, 2019** |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re: **Jerry Wayne Ball, Jr.**
**Rachel Nicole Ball**
Debtor(s)

Case No.
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 27, 2019**, a copy of Debtors' Statement of Intention was served electronically to the U.S. Trustee and Chapter 7 Trustee and by United States mail, first class, postage prepaid to the following:

**Cocoa Beach Development, Inc.**
**Attn: Mortgage Dept.**
**710 N. Plankinton Ave.**
**Milwaukee, WI 53203**

**Cocoe Beach Development, Inc.**
**1600 N. Atlantic Avenue**
**Cocoa Beach, FL 32931**

**NPRTO South-East, LLC**
**10619 South Jordan Gateway**
**Suite 100**
**South Jordan, UT 84095**

**NPRTO South-East, LLC**
**256 West Data Drive**
**Draper, UT 84020**

**NPRTO South-East, LLC**
**c/o Corporation Service Company**
**2908 Poston Ave**
**Nashville, TN 37203-1312**

**Progressive Finance**
**10619 South Jordan Gateway, Suite 100**
**South Jordan, UT 84095**

**Progressive Leasing**
**256 West Data Drive**
**Draper, UT 84020**

**Title Max**
**1112 East Stone Drive**
**Kingsport, TN 37660**

**TitleMax**
**15 Bull Street, Suite 200**
**Savannah, GA 31401**

**Titlemax of Tennessee, Inc.**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**/s/ Jeremy D. Jones BPR#032527**
**Jeremy D. Jones BPR#032527**
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**